UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEURIG DR. PEPPER, INC. and KEURIG GREEN MOUNTAIN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHARKNINJA OPERATING, LLC, and JAMAL WILSON, <br><br> Defendants. | Civil Action No. 22-11037 |

**STIPULATION OF TIME FOR DEFENDANTS TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants SharkNinja Operating, LLC and Jamal Wilson, and Plaintiffs Keurig Dr. Pepper, Inc. and Keurig Green Mountain Inc. (collectively, the "Parties") provide notice that on mutual agreement and stipulation, Defendants SharkNinja Operating, LLC, and Jamal Wilson shall have up to and including August 29, 2022, to answer, move against, or otherwise respond to the Complaint filed on June 29, 2022 in the above-captioned mater.

Dated:  August 15, 2022                                                                                    Respectfully submitted,

| | |
|---|---|
| */s/ Danielle Y. Vanderzanden* | */s/ Breton Leone-Quick* |
| Danielle Y. Vanderzanden, BBO # 563933 | Breton Leone-Quick, BBO # 655571 |
| Patrick M. Curran, Jr., BBO # 659322 | Thomas J. Pagliarini, BBO # 690462 |
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | Danielle L. Dillon, BBO # 709116 |
| | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
| One Boston Place, Suite 3500 | One Financial Center |
| Boston, MA 02108 | Boston, MA 02111 |
| Tel: (617) 994-5700 | Tel: (617) 542-6000 |
| danielle.vanderzanden@ogletree.com | BLeone-Quick@mintz.com |
| patrick.curran@ogletree.com | TJPagliarini@mintz.com |
| | DLDillon@mintz.com |

*Attorneys for Plaintiffs Keurig Dr. Pepper, Inc. and Keurig Green Mountain, Inc.*

*Attorneys for Defendant SharkNinja Operating, LLC*

*/s/ Harold Jacobi*
Harold Jacobi, III BBO # 248980
JACOBI CHAMBERLAIN, LLP
Four Militia Drive, Suite 14
Lexington, MA 02421
Tel: (781) 274-0405
HJacobi@JacobiChamberlain.com

*Attorney for Defendant Jamal Wilson*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was filed electronically through the Court's electronic filing system and that notice of this filing will be sent to all counsel of record in this matter by operation of the Court's ECF system and to non-registered users by first class mail.

Dated: August 15, 2022                                         */s/    Breton Leone-Quick*
                                                                               Breton Leone-Quick